**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Santander Consumer USA Inc. dba Chrysler Capital
Our File No.: 50262
JM-5630

**Order Filed on December 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michael J. Slaton
Pamela A. Slaton

Case No.:  15-30138

Hearing Date:  12-18-2019

Judge:  CMG

Chapter:  13

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 19, 2019**

*/s/ Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____ Santander Consumer USA Inc. dba Chrysler Capital _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

    2010 Chevrolet Suburban
    Vehicle Identification Number
    1GNUKKE35AR250509

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

```
                        United States Bankruptcy Court
                             District of New Jersey
```

```
In re:                                                      Case No. 15-30138-CMG
Michael J. Slaton                                           Chapter 13
Pamela A. Slaton
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 1         Date Rcvd: Dec 19, 2019
                             Form ID: pdf903          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db/jdb        Michael J. Slaton,    Pamela A. Slaton,    45 Black Pine Lane,    Lumberton, NJ   08048-4543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Conika   Majumdar    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST
               FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED C conika.majumdar@fnf.com
              Denise E. Carlon    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, Et Al...
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              John   Crayton    on behalf of Joint Debtor Pamela A. Slaton jcrayton@verizon.net,
               nramirez@comcast.net
              John   Crayton    on behalf of Debtor Michael J. Slaton jcrayton@verizon.net,  nramirez@comcast.net
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for U.S. BANK NATIONAL
               ASSOCIATION, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN
               MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED  bankruptcy@feinsuch.com
              Sean M. O'Brien    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR
               THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN
               ASSET-BACKED CERTIFICATES, SERIES 2005-FF7 DMcDonough@flwlaw.com
                                                                                             TOTAL: 9
```