Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−30138−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael J. Slaton
45 Black Pine Lane
Lumberton, NJ 08048−4543

Pamela A. Slaton
45 Black Pine Lane
Lumberton, NJ 08048−4543

Social Security No.:
xxx−xx−8440

xxx−xx−0089

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: Michael J. Slaton and Pamela A. Slaton
       Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: March 1, 2021
JAN: mmf

Jeanne Naughton, Clerk