Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−30138−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael J. Slaton | Pamela A. Slaton |
| 45 Black Pine Lane | 45 Black Pine Lane |
| Lumberton, NJ 08048−4543 | Lumberton, NJ 08048−4543 |

Social Security No.:
   xxx−xx−8440                                                      xxx−xx−0089

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Michael J. Slaton and Pamela A. Slaton</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: March 1, 2021
JAN: mmf

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

In re:  
Michael J. Slaton  
Pamela A. Slaton  
    Debtors

Case No. 15-30138-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Mar 01, 2021     Form ID: ntcfncur     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael J. Slaton, Pamela A. Slaton, 45 Black Pine Lane, Lumberton, NJ 08048-4543 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021         Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Conika Majumdar | on behalf of Creditor BANK OF AMERICA N.A., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED C conika.majumdar@fnf.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Crayton | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 01, 2021 | Form ID: ntcfncur | Total Noticed: 1 |

        on behalf of Joint Debtor Pamela A. Slaton jcrayton@verizon.net  nramirez@comcast.net

John Crayton
        on behalf of Debtor Michael J. Slaton jcrayton@verizon.net  nramirez@comcast.net

John R. Morton, Jr.
        on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital ecfmail@mortoncraig.com,
        mortoncraigecf@gmail.com

R. A. Lebron
        on behalf of Creditor BANK OF AMERICA  N.A., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE IN
        TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST,
        MORTGAGE LOAN ASSET-BACKED C bankruptcy@fskslaw.com

Sean M. O'Brien
        on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE
        CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED
        CERTIFICATES, SERIES 2005-FF7 DMcDonough@flwlaw.com

TOTAL: 10