| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael J. Slaton<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8440<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Pamela A. Slaton<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–0089<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  15–30138–CMG | | |

# Order of Discharge                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J. Slaton                                    Pamela A. Slaton

5/20/21                                              **By the court:** <u>Christine M. Gravelle</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J. Slaton  
Pamela A. Slaton  
    Debtors

Case No. 15-30138-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: May 20, 2021      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael J. Slaton, Pamela A. Slaton, 45 Black Pine Lane, Lumberton, NJ 08048-4543 |
| 516014727 | + | APEX ASSET MANAGEMENT, LLC, PO BOX 5407, LANCASTER PA 17606-5407 |
| 515815524 | + | American Express, c/o Mitchell N. Kay, Esquire, 90 Main St., Ste. 308, Hackensack, NJ 07601-7128 |
| 515815526 | + | Big M Inc. t/a Annie Sez, c/o Craner, Satrin, Scheer, PO Box 367, Scotch Plains, NJ 07076-0367 |
| 516023503 | + | New Century Financial Services, Inc., Successor in interest to Citibank, c/o Pressler and Pressler, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 516017823 | + | New Century Financial Services, Inc., Successor in interest to Citibank So Dak, c/o Pressler and Pressler, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 516017761 | + | New Century Financial Services, Inc., Successor in interest to GE Capital, c/o Pressler and Pressler, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 516017657 | + | New Century Financial Services, Inc., Successor in interest to GE Money Bank, c/o Pressler and Pressler, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 515815531 | + | Oliphant Financial, LLC, c/o Stephen Einstein & Assoc., 20 Vesey St., Ste. 1406, New York, NY 10007-4217 |
| 515815530 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Bureau of Compliance, PO Box 245, Trenton, NJ 08646 |
| 515815532 | + | Sears, c/o Kenneth H. Struck, Esq., 203 Summit Road, Mount Laurel, NJ 08054-4727 |
| 516024284 | | US Bank National Assoc, BANK OF AMERICA, PO BOX 31785, TAMPA, FL 33631-3785 |
| 515935735 | + | Virtua Memorial Hosp. of, Burlington County, Lee S. Jennison PC, 231 High St., Mt. Holly, NJ 08060-1450 |
| 515815533 | + | Virtua Memorial Hospital, c/o Lee S. Dennison, Esq., 231 High Street, Mount Holly, NJ 08060-1450 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 20 2021 21:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 20 2021 21:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: CHRM.COM | May 21 2021 00:33:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 515950296 | | EDI: BECKLEE.COM | May 21 2021 00:33:00 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 515921385 | | EDI: ATLASACQU | May 21 2021 00:33:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 294 Union St., Hackensack, NJ 07601 |
| 515849335 | | EDI: GMACFS.COM | May 21 2021 00:33:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 515815525 | | EDI: BANKAMER.COM | May 21 2021 00:33:00 | Bank of America, N.A., PO Box 15222, Wilmington, DE 19886-5222 |
| 515815528 | | Email/Text: bankruptcy@cavps.com | May 20 2021 21:24:00 | Cavalry Portfolio Services, c/o Thomas Law |

Case 15-30138-CMG    Doc 75    Filed 05/22/21    Entered 05/23/21 00:16:22    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Offices, 7 Skylin Dr., 1st Fl., Hawthorne, NY 10532 |
| 515851320 | + | EDI: CHRM.COM | May 21 2021 00:33:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 515815527 | + | Email/Text: bncnotices@stengerlaw.com | May 20 2021 21:23:00 | Capital Alliance Financial, c/o Stenger & Stenger, P.C., 4095 Embassy Drive, Grand Rapids, MI 49546-2456 |
| 515913129 | | EDI: CAPITALONE.COM | May 21 2021 00:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515890487 | + | Email/Text: bankruptcy@cavps.com | May 20 2021 21:24:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 515815529 | | EDI: IRS.COM | May 21 2021 00:33:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 515856296 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2021 21:46:39 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515885876 | + | EDI: MID8.COM | May 21 2021 00:33:00 | Midland Credit Management Inc as agent for, Asset Acceptance LLC, PO Box 2036, Warren MI 48090-2036 |
| 515851319 | + | EDI: DRIV.COM | May 21 2021 00:33:00 | SANTANDER CONSUMER USA INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 515856189 | + | EDI: CHRM.COM | May 21 2021 00:33:00 | Santander Consumer USA Inc., PO Box 961275, Fort Worth, TX 76161-0275 |
| 518435314 | + | EDI: RMSC.COM | May 21 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515958307 | * | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 516099060 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 515938740 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Conika Majumdar | on behalf of Creditor BANK OF AMERICA N.A., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED C conika.majumdar@fnf.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Crayton | on behalf of Debtor Michael J. Slaton jcrayton@verizon.net nramirez@comcast.net |
| John Crayton | on behalf of Joint Debtor Pamela A. Slaton jcrayton@verizon.net nramirez@comcast.net |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| R. A. Lebron | on behalf of Creditor BANK OF AMERICA N.A., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED C bankruptcy@fskslaw.com |
| Sean M. O'Brien | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF7 DMcDonough@flwlaw.com |

TOTAL: 10