UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

In Re:

Michael J. Slaton
Pamela A. Slaton

Order Filed on December 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case Number: | 15-30138 |
| Hearing Date: | 12/1/2021 |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form:    Followed    Modified

## ORDER TO REOPEN CASE AND TO CANCEL AND DISCHARGE LIENS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 2, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:              Michael J. Slaton and Pamela A. Slaton
Case No:             18-33908
Caption of Order:    Order on Motion to Reopen Case and To Cancel and Discharge Liens

    Upon consideration of Debtors, Michael and Pamela Slaton, by and through Counsel, Motion to Reopen Case and To Cancel and Discharge Liens or in the Alternative for an Order Stating that the Liens Have Been Satisfied, it is hereby

**ORDERED** as follows:

1.     The motion to Reopen the Case is GRANTED;

2.     The motion to Cancel and Discharge the Liens is hereby GRANTED;

3.     The liens held by the Internal Revenue Service for tax periods ending:

   12/31/2005
   12/31/2006
   12/31/2007
   12/31/2008
   12/31/2009
   12/31/2010
   12/31/2011
   12/31/2012
   12/31/2013

    Are hereby cancelled and discharged of record. Any underlying amounts still owed for those tax years are hereby reclassified to unsecured debts which were subject to discharge in the underlying bankruptcy case.