UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

In Re:

Michael J. Slaton
Pamela A. Slaton

**Order Filed on December 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case Number: | 15-30138 |
| Hearing Date: | 12/1/2021 |
| Judge: | CMG |
| Chapter: | 13 |

| Recommended Local Form: | Followed | Modified |
|---|---|---|

## ORDER TO REOPEN CASE AND TO CANCEL AND DISCHARGE LIENS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 2, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:            Michael J. Slaton and Pamela A. Slaton
Case No:           18-33908
Caption of Order:  Order on Motion to Reopen Case and To Cancel and Discharge Liens

    Upon consideration of Debtors, Michael and Pamela Slaton, by and through Counsel, Motion to Reopen Case and To Cancel and Discharge Liens or in the Alternative for an Order Stating that the Liens Have Been Satisfied, it is hereby

**ORDERED** as follows:

1. The motion to Reopen the Case is GRANTED;

2. The motion to Cancel and Discharge the Liens is hereby GRANTED;

3. The liens held by the Internal Revenue Service for tax periods ending:

   12/31/2005
   12/31/2006
   12/31/2007
   12/31/2008
   12/31/2009
   12/31/2010
   12/31/2011
   12/31/2012
   12/31/2013

   Are hereby cancelled and discharged of record. Any underlying amounts still owed for those tax years are hereby reclassified to unsecured debts which were subject to discharge in the underlying bankruptcy case.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-30138-CMG |
| Michael J. Slaton | Chapter 13 |
| Pamela A. Slaton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael J. Slaton, Pamela A. Slaton, 45 Black Pine Lane, Lumberton, NJ 08048-4543 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021             Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Michael J. Slaton aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Pamela A. Slaton aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Conika Majumdar | on behalf of Creditor BANK OF AMERICA N.A., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED C conika.majumdar@fnf.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE |

Denise E. Carlon
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John Crayton
    on behalf of Joint Debtor Pamela A. Slaton jcrayton@verizon.net nramirez@comcast.net

John Crayton
    on behalf of Debtor Michael J. Slaton jcrayton@verizon.net nramirez@comcast.net

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

R. A. Lebron
    on behalf of Creditor BANK OF AMERICA N.A., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED C bankruptcy@fskslaw.com

Sean M. O'Brien
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF7 DMcDonough@flwlaw.com

TOTAL: 12